

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Anthony Romero DEFENDANT(S). | CASE NUMBER 2:18-mj-2045-2 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __defendant__, IT IS ORDERED that a detention hearing is set for __8/10/18__, _____, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __J. Chooljian__, in Courtroom __750__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __8/8/18__

U.S. District Judge/Magistrate Judge